IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                                Case No. 3:19-cr-30005

LUCAS MONTAGNE                                                                   DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 77. Judge Ford recommends that Defendant Lucas Montagne's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 62) be dismissed with prejudice. Defendant failed to file a timely objection.[1] 28 U.S.C. § 636(b)(1).

Upon review, finding no error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R *in toto*. Accordingly, Defendant's Motion Under 28 U.S.C. § 2255 (ECF No. 62) is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 21st day of October, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Judge Ford issued the instant R&R on January 12, 2024, with objections due by January 29, 2024. Defendant requested an extension of time to file an objection. ECF No. 78. The Court granted Defendant's requested extension and set March 29, 2024, as the new deadline for any objection. ECF No. 79. Defendant failed to submit his objection by that new deadline, as his objection was mailed on April 1, 2024. ECF No. 80, p. 8.